**CHRISTENSEN JAMES & MARTIN, CHTD.**
Michael A. Urban, Nevada State Bar No. 3875
7440 W. Sahara Ave.
Las Vegas, NV 89117
Phone: (702) 255-1718
Fax: (702) 255-0871
Email: mike@cjmlv.com
*Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST | CASE NO.: 2:23-cv-00538-GMN-BNW  **MOTION TO REMOVE ATTORNEY FROM LIST OF COUNSEL AND FROM ELECTRONIC SERVICE SYSTEM** |
| Plaintiffs, | |
| vs. | |
| SHEPARD EXPOSITION SERVICES, INC., a Georgia corporation, | |
| Defendant. | |

Plaintiffs, by and through its counsel, Christensen James & Martin, Chtd., hereby moves for the removal of attorney Paul D. Cotsonis from the list of counsel and from the Court's Electronic Service

System. Christensen James & Martin, Chtd., through Michael A. Urban, continues to represent the Plaintiffs.  Paul D. Cotsonis consents to the filing of and joins in this motion.

The Plaintiffs are being provided notice of this Motion via U.S. mail. The Motion will be provided to the Plaintiffs by Christensen James & Martin. The address for the Plaintiffs is contained in the attached Certificate of Service.

DATED this 2nd day of March, 2026

 /s/ Paul D. Cotsonis
Paul D. Cotsonis
Nevada State Bar No. 8786


 /s/ Michael A. Urban
Michael A. Urban
Nevada State Bar No. 3875


**IT IS SO ORDERED**

**DATED:**  9:26 am, March 03, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March, 2026, I electronically filed the foregoing MOTION TO REMOVE ATTORNEY FROM LIST OF COUNSEL AND FROM ELECTRONIC SERVICE SYSTEM with the Clerk of the Court via the Court's CM/ECF system, which will provide notice of filing to all participating parties and their counsels of record. I hereby certify that a true and copy of the aforesaid Motion was mailed via U.S. mail, prepaid postage upon the Plaintiffs as follows:

International Alliance of Theatrical Stage Employee
Local No. 720
3000 South Valley View
Las Vegas, NV 89102

/s/ April D. Denni
An employee of Christensen James & Martin, Chtd.