**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION—INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA, LOCAL 720, APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST

Plaintiffs,

vs.

SHEPARD EXPOSITION SERVICES, INC., a Georgia corporation,

Defendant.

Case No. 2:23-cv-00538-GMN-BNW

**ORDER OF CONTEMPT OF SHEPARD EXPOSITION SERVICES, INC.**

On October 29, 2025, the Court issued the Order to Show Cause (Dkt. No. 28) why Defendant Shepard Exposition Services, Inc. ("Defendant") should not be held in civil contempt. The Order asked Defendant to explain in writing by November 24, 2025, their failure to comply with this Court's Order, (Dkt. No. 17), which required Defendant to submit to an audit of its books and records, including all outstanding contribution reports covering the period of January 1, 2021, through the present.

In its Order to Show Cause, the Court explained that Shepard Exposition Services Inc.'s ("Shepard") failure to file a response to this show cause order, will result in a finding of contempt, the imposition of additional sanctions, including awarding plaintiff's attorney's fees and costs as a sanction, or imposition of other measures to ensure Shepard's compliance with this Court's orders.

Plaintiffs, Trustees of the Nevada Resort Association—International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada, Local 720, Pension Trust, et al. ("Trust Funds" or "Plaintiffs"), has moved the Court for an Order for Contempt against Shepard.

Pursuant to Plaintiffs' Motion for Contempt, the Court having reviewed the Motion, the Declaration, exhibits, papers and pleadings on file, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Contempt is GRANTED.

**IT IS FURTHER ORDERED** that the Court holds Defendant in civil contempt for its willful and deliberate disobedience of this Court's prior Orders.

**IT IS FURTHER ORDERED IT IS HEREBY ORDERED** that the Court holds Defendant in civil contempt. Defendant shall be subject to $100.00 daily fines, beginning upon the date Defendant is properly served with this Order, until Defendant fully complies with the Court's prior Order.

**IT IF FURTHER ORDERED** Defendant shall also be liable for Plaintiffs' attorney fees and costs in the amount of $4,853.50 and costs in the amount of $14.86.

**IT IS FURTHER ORDERED** that Plaintiffs shall serve a copy of this Order upon Defendant by personal service. Plaintiffs shall file an Affidavit of Service on the docket once service has been affected.

**IT IS FURTHER ORDERED** that, because Defendant has failed to submit to an audit, Plaintiffs must file, no later than September 15, 2026, an estimated calculation of damages to assist the Court in entering an amended judgment that includes full damages.

Dated this 18 day of August, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT